UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL ANTHONY LORUSSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. CIV-22-324-G |
| ) | |
| KEVIN STITT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Michael Anthony LoRusso, a Florida state inmate, filed this federal civil rights action on May 19, 2022. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On June 3, 2022, Judge Green issued a Report and Recommendation ("R. & R.," Doc. No. 10), in which she recommended this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff has now filed an Objection (Doc. No. 11) to the Report and Recommendation. Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Having liberally construed the Objection, the Court finds nothing to disturb the findings and conclusions made by Judge Green. Plaintiff's Objection fails to address his lack of compliance with the Court's Order or to show any cause why this action should not

be dismissed on that basis.  *See* R. & R. at 2-3.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 10) is ADOPTED in its entirety.  This action is DISMISSED without prejudice.  A separate judgment shall be entered.

IT IS SO ORDERED this 4th day of April, 2024.

_____
CHARLES B. GOODWIN
United States District Judge